```
___FILED      ___ENTERED
___LODGED     ___RECEIVED
```

JUN - 4 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JENNIFER L. CARINO,
    a/k/a/ Jennifer L. Smith,

    Defendant.

CR08 5407BHS

CASE NO.

ORDER ISSUING BENCH WARRANT

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release, if any, shall be fixed at or subsequent to the initial appearance in this case.

The United States Attorney's Office has indicated that it will request a Detention Hearing based on the defendant being a flight risk.

DATED this 4th day of June, 2008.

                                                   _____
                                                 UNITED STATES MAGISTRATE JUDGE

SECRET: YES XX  NO _



08-CR-05407-ORD

Order Issuing Bench Warrant - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970