# United States District Court

WESTERN DISTRICT OF WASHINGTON

## TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**JENNIFER L. CARINO**<br>a/k/a Jennifer L. Smith | **WARRANT FOR ARREST**<br><br>CASE NUMBER: **CR08-5407 BHS** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **JENNIFER L. CARINO** _____ and bring him or her forthwith to the nearest magistrate judge to answer a(n) **INDICTMENT** charging him or her with:

**Count 4:**    Mail Fraud
              18:1341

**Count 12:**   Conspiracy to Commit Money Laundering
              18:1956(h)

| | |
|---|---|
| James Kelly<br>Name of Issuing Officer | Deputy Clerk<br>Title of Issuing Officer |
| *[signature]*<br>Signature of Issuing Officer | June 5, 2008 at Seattle, Washington<br>Date and Location |
| ☐ Bail fixed at _____ by _____ | CERTIFIED TRUE COPY<br>ATTEST: BRUCE RIFKIN<br>Clerk, U.S. District Court<br>Western District of Washington<br>By _____ |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | |
|---|---|---|
| DATE OF ARREST | | 08-CR-05407-WRNT |