# United States District Court
## Western District of Washington

UNITED STATES OF AMERICA,

vs.

**JENNIFER L. CARINO**

# APPEARANCE BOND
Case No. <u>CR08-5407 RBL</u>

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- ☒ **Court Appearances.** I must appear in court at the U.S. Courthouse, <u>1717 Pacific Avenue Tacoma, Washington, COURTROOM B</u>, on <u>AUGUST 18, 2008</u>, at <u>9:00 A.M.</u> and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO <u>10 YEARS</u> IMPRISONMENT AND A FINE OF $250,000.**
- ☒ **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- ☒ **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- ☒ **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- ☒ **Restrictions on Travel.** <u>I must not travel outside the Continental United States or as directed by Pretrial Services.</u>
- ☒ **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.
- ☒ **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services, Union Station Courthouse, 1717 Pacific Avenue, Room 1152 Tacoma, (253) 882-3705, within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.
- ☒ **Other Conditions:**
  - ✓ Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.
  - ✓ Notify current employer of pending charges by <u>(DEFENDANT ADVISES HAS BEEN DONE)</u>. The employer shall sign a Third Party Disclosure Form as directed by Pretrial Services.
  - ✓ You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) or witnesses in this case.

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _/s/ Jennifer Carino_
(Signature of Defendant)

June 10, 2008

SUMNER, WA
(City and State)

___ FILED ___ LODGED
___ RECEIVED

**JUN 10 2008**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                                    DEPUTY

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as (s)he complies with the provisions of this Appearance Bond, or until further order of the Court.

June 10, 2008
(Dated)

_/s/ J. Kelley Arnold_
J. Kelley Arnold
UNITED STATES CHIEF MAGISTRATE JUDGE

cc: Defendant, Defense Counsel, U.S. Attorney, Marshal, Pretrial Services



08-CR-05407-BOND